# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RANDEL TURLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:09-cv-563 |
| UNION SECURITY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Defendant, Union Security Insurance Company, has filed a motion for leave to permit its counsel to participate telephonically in the Rule 16(f) Preliminary Pretrial Conference currently set to be held on February 11, 2010 at 3:30 p.m.(E.S.T.) in South Bend, Indiana.

And the Court, having considered the motion now **GRANTS** said request.

IT IS HEREBY ORDERED that **ALL COUNSEL** may attend the Rule 16 Preliminary Pretrial Conference on **February 11, 2010, at 3:30 p.m.** (E.S.T.), via telephone.

The court will call all counsel listed on the docket sheet unless it is notified that specified attorneys need not be contacted. If, at the time of the scheduled conference, you will not be at the telephone number identified on the docket sheet, notify court staff at (574) 246-8100 of the number at which you can be reached.

SO ORDERED.

Dated: February 9, 2010	S/Christopher A. Nuechterlein
	Christopher A. Nuechterlein
	United States Magistrate Judge